### CRISS AND MARTIN HAVERBEKKEN v. THE STATE.

No. 5568. Decided November 26, 1919.

Assault—Sufficiency of the Evidence—Companion Case.

Where the same questions were decided adversely to appellants in a companion case, it is unnecessary to discuss the same and the judgment is affirmed.

Appeal from the County Court of Bosque. Tried below before the Hon. W. A. York, judge.

Appeal from a conviction of simple assault; penalty, a fine of fifteen dollars each.

The opinion states the case.

*B. J. Word, P. S. Hale,* for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellants were convicted of assault and allotted a fine of fifteen dollars each.

It is deemed unnecessary to discuss this case. It is companion case between the same parties recently decided by this court. The questions are the same. Upon the authority of that case this judgment will be affirmed.

*Affirmed.*